UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-10114 |
| | : | |
| ALL AMERICAN CARGO ELEVATORS, LLC | : | SECTION "A" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

### MOTION TO AUCTION PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND TO EMPLOY AUCTIONEER

**NOW INTO COURT**, through undersigned counsel, comes Aaron E. Caillouet, trustee of the captioned estate ("Trustee"), who respectfully represents:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on January 15, 2015. Applicant is the duly-appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

2. Applicant is the duly appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

3. This Court has jurisdiction over this case under 28 U.S.C. § 1334 and this matter is a core proceeding under, without limitation, 28 U.S.C. §§ 157(b)(2)(A) and (N). Venue of this case and this motion is proper in this district under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is §§ 105 and 363 of the Bankruptcy Code, as complimented by Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

### Auction Sale of Property

4. Debtor is the owner of certain movable property more fully described on Exhibit "A" attached hereto ("Property"). The Property is currently being stored at ServCorp International, Inc., 101 Magnolia Street, Slidell, LA 70460.

5. From his past experience in acting as a trustee in bankruptcy cases, the Trustee is satisfied that he can achieve the best and highest net recovery to this estate by employing a qualified auctioneer to conduct a public auction of the Property.

6. The Trustee also seeks to auction and sell the Property free and clear of all liens, claims, encumbrances, and any and all interests of any kind (collectively, the "Interests"). The Trustee is not aware of any Interests on the Property, but the Trustee seeks this finding out of an abundance of caution.

### Employment of Auctioneer

7. The Trustee has received from ServCorp International, Inc. ("Auctioneer"), a licensed and bonded auctioneer, an offer to liquidate the Property at an absolute auction sale upon the following terms and conditions:

    a. The Property will be sold "AS IS," "WHERE IS" without any warranty whatsoever, even for the return of the purchase price, by auction free and clear of all Interests;

    b. Auctioneer's Commission for the movable property shall be 10% of the gross proceeds; and

    c. Marketing and setup for the Property shall not exceed $1,000;

    d. Auctioneer will be paid an initial pickup fee of $500, and storage of $3 per day if the auction motion is not approved by the Court on April 1, 2015.

8. Attached hereto as Exhibit "B" is the declaration of Bradley Mutz, CAI, setting forth that the Auctioneer is a disinterested person within the meaning of 11 U.S.C. § 101(14).

9. The Auctioneer will schedule and advertise the proposed auction pending this Court's approval of the Motion. According to the Auctioneer, the best possible date to schedule the auction of the Property is April 11, 2015 at 10:00 a.m., at the ServCorp offices located at 101 Magnolia Street Slidell, LA 70460.

10. The Trustee also seeks authority, without further order of this Court, to sell any of the Property herein at a separate auction if any of the Property does not sell at the April 11, 2015 auction.

**Successful Bidders Are Good Faith Purchasers Under § 363(m) of the Bankruptcy Code**

11. Section 363(m) of the Bankruptcy Code provides that the reversal or modification on appeal of a transaction authorized under §363(b) of the Bankruptcy Code does not affect the validity of the sale to an entity that acquired the property in good faith.  Because the Auctioneer will advertise the Property for sale through an intensive advertising and marketing program and the auction is open to the public, it is beyond question that (i) the successful bidders shall be good faith purchasers, (ii) the sale of the Property at the auction shall be at arm's length, and (iii) the successful bidders are entitled to the protections under §363(m) of the Bankruptcy Code.

**WHEREFORE**, the Trustee prays as follows:

a. That the Court authorize the auction of the Property on the terms and conditions set forth herein free and clear of all Interests;

b. That the Order authorizing the auction (i) provide that the purchaser(s) of the Property at the auction shall be in "good faith" and entitled to all of the protections afforded by § 363(m) of the Bankruptcy Code,  (ii) be effective as a determination that all Interests (if any), existing as to the Property prior to the auction will be unconditionally released, discharged and terminated, and (iii) be binding upon and govern the acts of all entities including without limitation, all filing agents, filing officers, recorders of mortgages, recorders of deeds, registrars of deeds, registrars of patents, trademarks or other intellectual property, administrative agencies, governmental departments, secretaries of state, federal,

state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments (collectively "the Filing Officers"), and (iv) direct that all such Filing Officers cancel all such Interests from their records as to all of the Property sold at the auction.

c.  That the Trustee be authorized to employ ServCorp International, Inc. as auctioneer to conduct a public auction of the Property with compensation and reimbursement of expenses to be allowed and paid out of the gross proceeds of the sale as set forth herein; and

d.  For such other and further relief as is just.

Respectfully submitted,

GORDON, ARATA, McCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1111

By:  */s/ Fernand L. Laudumiey, IV*
      Fernand L. Laudumiey, IV, #24518
Attorneys for Aaron E. Caillouet, Trustee

**Exhibit "A"**

2003 Astro Van Vin #1GCDM19X73B124240 mileage 192,018
Assortment of office supplies
Paper Shredder
2 Wall Clocks
Time clock with timecards
GPS
Port-a-power not working
Controls for three story elevator
Small leaf blower
Push lawnmower
3 Furniture dollys
Ridgid cut off saw
Assortment of Bolts and Screws
Assortment of vise clamps
Large vise clamp
Assortment of C-clamps
5 air tools
2 Miller Mig Welding machines LG41099B & LG604750
Miller Matic 185 welding machine
Cut Master Plasma cutter
Wilton F225 cold saw
Shop press 20 ton
Dayton 7x12 Band Saw
Craftsman 8" Bench grinder (Newer model)
Central machine drill press
2 Air compressors
Mosquito Magnet
Ryobi 14" cut off saw
Assortment of hand drills and hand tools
2 Red rolling racks
2 Ladders
10' piece of extension ladder
Acorn Demo Stairchair
2 office printers
Adding machine w/paper and ink spools
Small desk
3 small Desk chairs
Portable 5-set Desk Phones
4x4 cargo elevator cage
2x3 cargo elevator cage
Assortment of metal tubing
Assortment of painting supplies
2 extension cords
Broken come-a-long

Floor jack
2 propane Dyno glow portable heaters
Propane portable heater 30,000 BTU
Box of 1 1/4 black capplugs
Small box of gate latches
2 paint guns
Assortment of Batwing hinges 3/8"
Box of Allen wrenches
5 Electric motors 3/4 hp needing repair
Large gear box
Grease gun
Small round table
Bissell vacuum 16N5
Large metal table 4x8
Metal rack on wheels
Tall metal rolling rack
Propane tank 5 gal.
Propane tank 7 gal.
4 white hard hats
Scissor gate
Cable crimper
2 cable cutters
Small hand held shop vacs
Small blue desk size fan
Small red tap box with thread taps
Upright Rockwell Model 14 band saw
Pipe bender
Rockwell/Delta drill press
2 small spools electrical wire
Small 10 gal. ice chest
Goodyear shop roller seat
Safety harness & lanyard
Large yellow mop bucket
Small plastic tool box
4 Welding helmets
4 welding helmets no head straps
Corner shelf
75 Garage door pulleys 3"

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-10114 |
| | : | |
| ALL AMERICAN CARGO ELEVATORS, LLC | : | SECTION "A" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

## DECLARATION OF PROPOSED AUCTIONEER

I, Bradley Mutz, hereby make solemn oath as follows, to-wit:

1. I am a certified auctioneer duly licensed by the State of Louisiana;

2. I am a disinterested person within the meaning of 11 U.S.C. § 101(13). I certify that I do not hold or represent an interest adverse to the estate, I am not related to the Trustee by affinity or consanguinity within the third degree as determined by common law, or in a step or adoptive relationship within such degree.

3. I am familiar with the Trustee's Auction Motion and the property described therein, and believe that I am qualified to represent the Trustee and the estate in connection with the liquidation of said property. I have agreed to accept employment on the terms and conditions set forth in the Auction Motion.

I declare under penalty of perjury that the foregoing is true and correct.

This 9th day of March, 2015.

_____
Bradley Mutz
ServCorp International, Inc.
101 Magnolia St.
Slidell, LA 70460
Tel: (985) 847-1242
License #1467